JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: tenesa.powell@jacksonlewis.com

*Attorneys for Defendant*
*The Tranzonic Companies*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BECERRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRANZONIC COMPANIES, an Ohio corporation,<br><br>Defendant. | Case No. 2:26-cv-01475-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT THE TRANZONIC COMPANIES TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Jose Becerra and Defendant The Tranzonic Companies ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) from June 9, 2026 to **June 23, 2026**. This is the first request for extension of time for Defendant to respond to Plaintiff's Complaint. This Stipulation is based on the following:

1. Plaintiff's Complaint was filed on May 13, 2016. ECF No. 1.

2. Defendant was served with the Summons and Complaint on May 19, 2026, making Defendant's response to Plaintiff's Complaint due on June 9, 2026.

3. Defendant's counsel was recently retained and requires additional time to investigate Plaintiff's allegations and confer with Defendant's representatives in order to prepare

JACKSON LEWIS P.C.

LAS VEGAS

1

its response to the Complaint, which spans 13 pages and contains approximately 82 paragraphs of detailed allegations.

4.    The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiffs' Complaint to **June 23, 2026**.

5.    This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

6.    This request is made in good faith and not for the purpose of delay.

7.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 9th day of June, 2026.

GREENBERG GROSS LLP

*/s/ Jorge "Coco" Padilla*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JORGE "COCO" PADILLA, ESQ.
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Jose Becerra*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*The Tranzonic Companies*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __June 11, 2026_____

4939-0629-9316, v. 1