JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JPadilla@GGTrialLaw.com*

Attorneys for Plaintiff
Jose Becerra

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE BECERRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE TRANZONIC COMPANIES, an Ohio corporation,<br><br>Defendant. | Case No.: 2:26-cv-01475-RFB-BNW<br><br>**Stipulation and Order to Continue Early Neutral Evaluation**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Becerra, through his counsel of Greenberg Gross LLP, and Defendant The Tranzonic Companies, by and through its counsel of Jackson Lewis, that the Early Neutral Evaluation currently scheduled for November 6, 2026, be vacated and continued to one of the below-proposed dates, or such other date as the Court deems appropriate. This Stipulation is submitted and based upon the following:

1. This case was assigned to the Early Neutral evaluation Program under Local Rule 16-6, with Magistrate Judge Maximiliano D. Couvillier, III designated as the evaluating judge.

2. Plaintiff's counsel has a scheduling conflict on the current ENE date, as he is set to appear before the Hon. Brenda N. Weksler for a separate ENE proceeding on November 6, 2026, that was scheduled prior to the ENE in this case.

3. The parties have conferred and confirmed that all counsel and parties will not be prejudiced by a continuance of the ENE and they are available on:

- November 5, 10, 11
- December 2, 11

4. The Parties respectfully request that the ENE be continued to one of the aforementioned dates or to a date convenient for the evaluating judge.

DATED this 18th of September, 2026.

GREENBERG GROSS LLP

*/s/ Coco Padilla*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Jose Becerra*

JACKSON LEWIS P.C.

*/s/ Tenesa Powell*
JOSHUA A. SLIKER
Nevada Bar No. 12493
TENESA S. POWELL
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*The Tranzonic Companies*

**ORDER**

IT IS SO ORDERED: The ENE is continued to **December 2, 2026** at 10:00am. The entire ENE will now be conducted via Zoom. The Court will provide the Zoom link once the parties submit their confidential statements. The rest of the Court's prior Order (ECF No. 14) remains in full force.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 9-28-26